UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAYMOND,<br><br>    Plaintiff(s),<br><br>v.<br><br>JOHN TUTEUR,<br><br>    Defendant(s).<br>_____/ | No. C 12-04469 JCS<br><br>**ORDER SETTING CASE<br>MANAGEMENT CONFERENCE**<br>**[Reassigned Case]** |

And the Following Related Cases:

C12-4471 JCS RAYMOND v. CRNICH
C12-4472 JCS RAYMOND v. ARNTZ
C12-4473 JCS RAYMOND v. GRINNOLD
C12-4484 JCS RAYMOND v. PELLERIN
C12-4485 JCS RAYMOND v. TULETT
C12-4594 JCS RAYMOND v. GONZALEZ
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil L.R.16-10, that a Case Management Conference shall be held in this case on **November 30, 2012, at 1:30 p.m.,** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

    The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10. Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later November 21, 2012. If any party is proceeding without counsel, separate statements may be filed by each party.

1   All documents filed with the Clerk of the Court shall list the civil case number followed only
2   by the initials "**JCS**." One copy shall be clearly marked as a <u>chambers</u> copy.
3   IT IS SO ORDERED.

5   Dated: September 19, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California