NAPA COUNTY
OFFICE OF COUNTY COUNSEL
1195 Third Street, Suite 301
Napa, CA 94559

Main: (707) 253-4521
Fax: (707) 259-8220

Deputies

Laura Anderson
Jacqueline Gong
Robert C. Martin
Robert W. Paul
Jennifer Yasumoto
Carrie R. Gallagher
Janice D. Killion
Chris R. Y. Apallas
Susan B. Altman
Thomas C. Capriola

A Tradition of Stewardship
A Commitment to Service

**Minh C. Tran**
County Counsel

**Silva Darbinian**
Chief Deputy County Counsel

November 29, 2012

<u>*Via E-Filing*</u>

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Raymond v. Tuteur*,
      U.S. District Court/North District of California
      Case No. 3:12-CV-04469-JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Janice D. Killion for the December 7, 2012 Case Management Conference and Motion for Joinder at 9:30 a.m.   Ms. Killion can be reached at (707) 259-8246.

Sincerely,

/s/ Sora O'Doherty
Sora O'Doherty, Paralegal to
Janice D. Killion, Deputy County Counsel

IT IS HEREBY ORDERED THAT Ms. Killion shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 11/30/12

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero