

November 30th, 2012

<u>**Via E-Filing**</u>

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Raymond v. Tuteur,* and all related cases
      US District Court/Northern District of California
      Case No. 3-12-CV-04469-JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for counsel Robert Barnes for the Case Management Conference and Motion for Joinder Hearing currently set for December 7th, 2012, at 9:30 a.m. Mr. Barnes can be reached at (310) 510-6211.

Sincerely,

/s/ Laura Harris_____
Laura Harris, Paralegal to
Robert Barnes, Attorney for Plaintiff Robert Raymond

IT IS HEREBY ORDERED that Mr. Barnes shall be on phone stand by beginning at 9:30 AM and await the Court's call.
Dated: 12/4/12

