MINH C. TRAN, County Counsel CBN 179932
JANICE D. KILLION, Deputy CBN 223081
NAPA COUNTY
1195 THIRD STREET, ROOM 301
NAPA, CALIFORNIA 94559-3001
Telephone:     (707) 253-4521
Facsimile       (707) 259-8220
Email:           minh.tran@countyofnapa.org
                    janice.killion@countyofnapa.org

Attorneys for JOHN TUTEUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAYMOND,<br><br>                     Plaintiff,<br><br>          vs.<br><br>JOHN TUTEUR,<br><br>                     Defendant. | Case No.  3:12-cv--04469 JCS<br><br>(~~Proposed~~) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| And the Following Related Cases:<br><br>C12-4469 JCS RAYMOND v. ARNTZ<br>C12-4471 JCS RAYMOND v. CRNICH<br>C12-4473 JCS RAYMOND v. GRINNOLD<br>C12-4484 JCS RAYMOND v. PELLERIN<br>C12-4485 JCS RAYMOND v. TULETT<br>C12-4594 JCS RAYMOND v. GONZALEZ | |

  PURSUANT TO STIPULATION, the Case Management Conference is continued to May __10__, 2013.  An updated joint case management conference statement shall be due by May __3__, 2013.

Dated: __2/27/13_____          _____
                                                      Joseph C. Spero
                                                      United States Magistrate Judge