

# NAPA COUNTY
## OFFICE OF COUNTY COUNSEL
1195 Third Street, Suite 301
Napa, CA 94559

Main: (707) 253-4521
Fax: (707) 259-8220

Deputies

Laura Anderson
Jacqueline Gong
Robert C. Martin
Robert W. Paul
Jennifer Yasumoto
Carrie R. Gallagher
Janice D. Killion
Chris R. Y. Apallas
Susan B. Altman
Thomas S. Capriola

A Tradition of Stewardship
A Commitment to Service

**Minh C. Tran**
County Counsel

**Silva Darbinian**
Chief Deputy County Counsel

April 30, 2013

*Via E-Filing*

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Raymond v. Tuteur*,
           U.S. District Court/North District of California
           Case No. 3:12-CV-04469-JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Janice D. Killion for the following:

    May 10, 2013, 1:30 p.m. Case Management Conference

Ms. Killion can be reached at (707) 259-8246.

Sincerely,

/s/ Sora O'Doherty
Sora O'Doherty, Paralegal to Janice Killion

---

IT IS HEREBY ORDERED THAT Ms. Killion shall be on phone standby on May 10, 2013, beginning at 1:30 PM and await the Court's call.

Dated: 4/30/13           Signed: [signature - Judge Joseph C. Spero]