

22631 Pacific Coast Highway, Ste. 362   Malibu, CA 90265
OFFICE | 310.510.6211   FAX | 310.510.6225   WEB | barneslawllp.com

May 1, 2013

<u>*Via E-Filing*</u>

The Honorable Joseph C. Spero
United States Magistrate Judge
United State District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

    Re: *Raymond v. Tuteur*, and all related cases
       US District Court/Northern District of California
       Case No. 3:12-CV-04469-JCS

Dear Judge Spero:

    This letter is to request a telephonic appearance for counsel Robert Barnes for the Case Management Conference currently set for May 10, 2013 at 1:30 p.m. Mr. Barnes can be reached at (310) 510-6211.

                      With respectful regards,

                      */s/ Robert E. Barnes*

                      Robert E. Barnes

                      Counsel for Robert Raymond

---

**IT IS HEREBY ORDERED** that Mr. Barnes shall be on stand-by beginning at 1:30 p.m. and await the Court's telephone call.

Dated:  5/2/13

