

May 1, 2013

<u>*Via E-Filing*</u>

The Honorable Joseph C. Spero
United States Magistrate Judge
United State District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

  Re: *Raymond v. Tuteur*, and all related cases
    US District Court/Northern District of California
    Case No. 3:12-CV-04469-JCS

Dear Judge Spero:

 This letter is to request a telephonic appearance for counsel Robert Barnes for the Case Management Conference currently set for May 10, 2013 at 1:30 p.m. Mr. Barnes can be reached at (310) 510-6211.

        With respectful regards,

        */s/ Robert E. Barnes*

        Robert E. Barnes

        Counsel for Robert Raymond

**IT IS HEREBY ORDERED** that Mr. Barnes shall be on stand-by beginning at 1:30 p.m. and await the Court's telephone call.

Dated: 5/2/13

