# COUNTY OF SAN BENITO
## OFFICE OF THE COUNTY COUNSEL

**MATTHEW W. GRANGER**  
County Counsel

481 Fourth Street, 2nd Floor  
Hollister, CA 95023  
(831) 636-4040 Office  
(831) 636-4044 Fax

Assistant County Counsel  
**BARBARA J. THOMPSON**

Deputies  
SHIRLEY L. MURPHY  
IRMA F. VALENCIA

<u>*Via E-Filing*</u>

November 5, 2013

The Honorable Joseph C. Spero  
United States Magistrate Judge  
United States District Court/Northern District  
450 Golden Gate Ave.  
San Francisco, CA 94102

Re:   *Raymond v. Gonzalez*  
      U.S. District Court/North District of California  
      Case No. CV-12-04594 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Barbara J. Thompson for the November 15, 2013 Case Management Conference scheduled for 1:30 p.m.  Ms. Thompson can be reached at (831) 634-4040, ext. 12, or will call in on a designated conference line.  She is happy to arrange the conference call line again with the Court's permission.

Sincerely,

/s/ *Barbara Thompson*

Barbara J. Thompson  
Assistant County Counsel

IT IS HEREBY ORDERED THAT Ms. Thompson shall ~~be on phone standby on November 15, 2013, beginning at 1:30 PM and await the Court's call.~~ arrange a conference call line and circulate the information to the Court and all counsel.

Dated: Signed: 11/06/13

_____  
Judge Joseph C. Spero

IT IS SO ORDERED AS MODIFIED

## PROOF OF SERVICE

I, Barbara Thompson, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the County Counsel's Office of San Benito County, 481 Fourth Street, 2nd Floor, Hollister, CA 95023.

On November 5, 2013, I served the following document(s):

**Request for Telephonic Appearance**

on the following persons at the locations specified:

| | |
|---|---|
| California Secretary of State | Attorney General of the State of California |
| Elections Division | 455 Golden Gate Avenue, Suite 11000 |
| 1500 11th Street | San Francisco, CA 94102 |
| Sacramento, CA 95814 | |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Benito County Counsel's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Benito County Counsel's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: holly.chin@sfgov.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 5, 2013 at Hollister, California.

By: /s/ *Barbara Thompson*
BARBARA THOMPSON