

**NAPA COUNTY**
**OFFICE OF COUNTY COUNSEL**
1195 Third Street, Suite 301
Napa, CA 94559

Main: (707) 253-4521
Fax: (707) 259-8220

A Tradition of Stewardship
A Commitment to Service

**Minh C. Tran**
County Counsel

**Silva Darbinian**
Chief Deputy County Counsel

Deputies

Laura Anderson
Jacqueline Gong
Robert C. Martin
Robert W. Paul
Jennifer Yasumoto
Carrie R. Gallagher
Janice D. Killion
Chris R. Y. Apallas
Susan B. Altman
Thomas S. Capriola

<u>*Via E-Filing*</u>                                                                November 7, 2013

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Raymond v. Tuteur*,
            U.S. District Court/North District of California
            Case No. 3:12-CV-04469-JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Janice D. Killion for the following:

    November 15, 2013, 1:30 p.m. Case Management Conference

Ms. Killion can be reached at (707) 259-8246.

Sincerely,

/s/ Sora O'Doherty
Sora O'Doherty, Paralegal to Janice Killion

---

IT IS HEREBY ORDERED THAT Ms. Killion shall ~~be on phone standby on November 15, 2013, beginning at 1:30 PM and await the Court's call~~ appear on the conference call line being arranged by Barbara Thompson.

Dated: 11/08/13                         Signed: