

22631 Pacific Coast Highway, Ste. 362    Malibu, CA  90265
OFFICE | 310.510.6211    FAX | 310.510.6225    WEB | barneslawllp.com

November 8, 2013

Hon. Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Raymond v. Tuteur/Other related cases,* Civil Case No. 3:12-04469-JCS

Dear Judge Spero:

Robert E. Barnes, counsel for the Plaintiff, would like to request an appearance by telephone for the November 15, 2013 Case Management Conference scheduled for 1:30pm.  The undersigned can be contacted at (310) 510 – 6211.

With respectful regards,

Robert E. Barnes

Counsel for the Plaintiff

IT IS HEREBY ORDERED that Robert Barnes may appear by phone on 11/15/13 for the case management conference at 1:30 PM. Mr. Barnes shall appear on the conference call line being arranged by Barbara Thompson.
Dated: 11/12/13              /s/ Joseph C. Spero
                              United States Magistrate Judge